NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COMPREHENSIVE CARE )
CORPORATION, )
                            )
          Appellant, )
                            )
v. )      Case No. 2D17-1433
                            )
DR. JERRY KATZMAN; PEGGY )
HUSTED; DAMIAN & VALORI, LLP; a )
Florida limited liability partnership; and )
MINTZ LEVIN COHN FERRIS )
GLOVSKY AND POPEO, P.C., )
                            )
          Appellees. )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Ceci C. Berman and Joseph T. Eagleton of
Brannock & Humphries, Tampa, for
Appellant.

Melanie E. Damian, Mary Claire
Espenkotter, and Russell Landy of Damian
& Valori LLP, Miami, for Appellees.

PER CURIAM.


         Affirmed.


VILLANTI, SLEET, and ATKINSON, JJ., Concur.